RECEIVED
MAR 1 5 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MOUHAMET NDIAYE,<br>Petitioner | CIVIL ACTION NO. 1:16-CV-1565-P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| LORETTA E. LYNCH,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is hereby DISMISSED for lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 15th day of March, 2017.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE